# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**)<br>*(Changes Identified with Asterisks (\*))* |
| v. | Case Number: 01-cr-00377-JLK-01 |
| | USM Number: 30695-013 |
| VINCENTE MATTHEW BAROS | Robert Pepin, AFPD<br>(Defendant's Attorney) |

**Date of Original Judgment:** October 16, 2013.
(or date of last amended judgment)

**Reason for Amendment:** Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36).

**THE DEFENDANT:** Admitted guilt to violations 1 through 5, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of the Law–Third Degree Assault–Knowingly Causing Injury, a Class 1 Misdemeanor, Colorado Revised Statute 18-3-204(1)(a) | 08/04/12 |

    The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

 

October 3, 2013
Date of Imposition of Judgment

*S/John L. Kane*
Signature of Judge

John L. Kane, Senior U.S. District Judge
Name & Title of Judge

October 22, 2013
Date

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Violation of the Law–Felony Menacing–Real or Simulated Weapon, a Class 5 Felony, Colorado Revised Statute 18-3-206(1)(a)(b) | 11/11/12 |
| 3 | Failure to Participate in Treatment as Directed (Testing) | 05/23/13 |
| 4 | Failure to Work Regularly | 05/31/12 |
| 5 | Failure to Notify Probation Officer of Change in Residence | 03/31/13 |

## IMPRISONMENT*

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of three (3) years to be served concurrently with the imprisonment sentence he is currently serving in Jefferson County Case No. 12CR3010.*

The court recommends that the Bureau of Prisons credit defendant with 107 days time served, and that defendant be designated to the Colorado Department of Corrections for service of his sentence.*

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy United States Marshal